Rebecca Hufstader, Esq.
**LEGAL SERVICES OF NEW JERSEY**
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
rhufstader@lsnj.org
(732) 529-8236

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMAN NOORI, | |
| Petitioner, | Case No. 26-3281 |
| v. | Cecchi, J. |
| LUIS SOTO, et al., | |
| Respondents. | |

## NOTICE OF STIPULATED DISMISSAL

The parties, by and through below signed counsel, hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Respondents released Petitioner from custody on July 7, 2026.

Dated: July 7, 2026                    Respectfully submitted,

                                      */s/Rebecca Hufstader*
                                       Rebecca Hufstader, Esq.
                                       Legal Services of New Jersey
                                       100 Metroplex Drive, Suite 101

1

Edison, New Jersey 08817
rhufstader@lsnj.org
(732) 529-8236
*Pro Bono Attorney for Petitioner*

ROBERT FRAZER
United States Attorney

By:     *s/ Sandra A. Bober*
Sandra A. Bober
Assistant U.S. Attorney
*Attorneys for Respondents*

SO ORDERED

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    7/8/2026

2